CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00840−MJD−AJB

Sultz v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Michael J. Davis
Referred to: Magistrate Judge Arthur J. Boylan
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sharon E Sultz** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | " 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc ( Filing fee $ 350 receipt number 4021668.) assigned to Judge Michael J. Davis per Master list and referred to Magistrate Judge Arthur J. Boylan, filed by Sharon E Sultz. (Attachments: # 1 Civil Cover Sheet) (RJL) (Entered: 03/24/2008) |
| 03/24/2008 | " | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (RJL) (Entered: 03/24/2008) |
| 03/28/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on March 28, 2008 by Sharon E Sultz. Waiver of Service due by 4/28/2008. (Attachments: # 1 Attached Waiver Form)(Johnson, Charles) (Entered: 03/28/2008) |
| 03/28/2008 | " 3 | CERTIFICATE OF SERVICE by Sharon E Sultz re 2 Request for Waiver of Service, Summons Issued, 1 Complaint, *(Awaiting Return of Waiver of Service by Defendants)* (Johnson, Charles) (Entered: 03/28/2008) |
| 04/17/2008 | " 4 | WAIVER OF SERVICE Returned Executed filed by Sharon E Sultz. Davol, Inc. waiver sent on 3/28/2008, answer due 5/27/2008; C. R. Bard, Inc waiver sent on 3/28/2008, answer due 5/27/2008. (Attachments: # 1 Cover Letter from Defendants re Waiver of |

| | | |
|---|---|---|
| | | Service of Summons Executed)(Johnson, Charles) (Entered: 04/17/2008) |
| 04/25/2008 | " 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−18), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (RJL) (Entered: 04/25/2008) |